## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT IN AND FOR SARASOTA COUNTY, FLORIDA

PHIL HABERMAN,

    Plaintiff,

v.

KRISTEN RHOAD,

    Defendant.

_____/

CASE NO. 06 DR-7754 (SC)

**DEFENDANT'S NOTICE OF FILING OF REMOVAL**

8:2020 cv 375 T 02 SPF

2020 FEB 19 AM 11: 06

**PLEASE TAKE NOTICE** that on January 9, 2020, Defendant Kristen Rhoad filed a Notice of Removal pursuant to 28 U.S.C.§§ 1332, 1441 and 1446, removing the above-captioned action from the Circuit Court for Sarasota County and to the United States District Court. A true and correct copy of the Notice of Removal is attached hereto as **Exhibit 1.**

Defendant filed an Amended Notice of Removal on February 16, 2020, correcting the designation of court. A true and correct copy of the Amended Notice of Removal is attached hereto as **Exhibit 2.**

PLEASE TAKE FURTHER NOTICE that, upon the filing of the Notice of Removal with the Clerk of the United States District Court for the Middle District of Florida. Defendant has effected removal and the Circuit Court shall proceed no further in this action unless the case is remanded pursuant to U.S.C.§ 1446(d).

DATED: February 16, 2020

                                              By: <u>*/s/ Kristen Dougherty*</u>



Notice of Filing of Removal            1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been sent to all parties of record in accordance with the Florida Rules of Civil Procedure by and through the Florida e-file system on this 16th day of February, 2020.

Phil Jason Haberman
3736 SW 57th Ct.
Ocala, Florida 34474

Judge Steven Walker
Twelfth Circuit Court
Sarasota, Florida

/s/ *Kristen Dougherty*