# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

PHIL HABERMAN,

    Plaintiff,

v.                                                                  Case No: 8:20-cv-375-T-02SPF

KRISTEN RHOAD,

    Defendant.

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__  IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

2006 DR 007754SC; 2019CA 002674NC
2D19 0407; 2D18-4917
2015-CF-6022NC AND 2018CF17848NC

_____  IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: MARCH 1, 2020.

_____
Counsel of Record or *Pro Se* Party
   [Address and Telephone]