# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA (TAMPA)

PHIL JASON HABERMAN, an Individual,

    Plaintiff,

vs.

KRISTEN RHOAD, an Individual;

    Defendant.

Case No.: 8:20-cv-00375-WFJ-SPF

**DEFENDANT'S MOTION TO TRANSFER VENUE**

Defendant, Kristen Rhoad, in Proper Person, (herein "Defendant" or "Rhoad"), files her Motion to Transfer Venue as follows:

## JURISDICTION AND VENUE

1. Defendant moves this case to the United States District Court, Southern Nevada pursuant to (28 U.S.C. §1391).

2. United States District Court for the District of Southern Nevada has original jurisdiction over this action under 28 U.S.C. §1332(a) on the grounds that complete diversity exists between all parties, subject matter and the amount in controversy exceeds the sum of $75,000, exclusive of interests and costs.

3. Defendant is and has always been a resident of the State of Nevada, while Plaintiff resides in the State of Florida.

DEFENDANT'S MOTION TO TRANSFER VENUE      1

4. Defendant contends Plaintiff filed in the wrong jurisdiction; Florida State Court does not have jurisdiction over the subject matter involving Constitutional Right violations, removal of internet content, lacks jurisdiction over Defendant as a non-resident, and violated Defendant's Constitutional Rights, giving proper jurisdiction to United States District Court for the District of Nevada.

5. This action is brought under the Federal 28 U.S.C. §§ 1332, 1441, 1446 and 1983 and various other Nevada common law doctrines and/or statutes. Jurisdiction is vested in this Court by virtue of 28 U.S.C. § 1331. Defendant's claims brought under Nevada law are so related to Defendant's Federal claims, over which this Court holds original jurisdiction, that they form part of the same case of controversy. Under Article III of the United States Constitution, this Court has supplemental jurisdiction over Defendant's Nevada common law and/or statutory claims pursuant to 28 USC § 1367. Further, Defendant reserves the right to request leave to amend plead further causes of action pursuant to 18 USC § 1961, *et seq.*, Nev. Rev. Stat. § 207.400, and various other Nevada common law doctrines and/or statutes.

6. The United States District Court – District of Southern Nevada is the proper venue, as upon information and belief, a substantial part of the acts, omissions giving rise to the claims stated herein occurred in this District (within the cities of Las Vegas and Henderson, in the state of Nevada) Defendant resided

DEFENDANT'S MOTION TO TRANSFER VENUE 2

and was found in this District.  Venue is proper in this District and this Division pursuant to 28 U.S.C. §§ 1391(b)(1) and (2) and pursuant to 18 U.S.C. § 1965(b).

WHEREFORE, Defendant respectfully requests this case be transferred to the United States District Court Southern Nevada.

Dated this 5th day of April, 2020.    /s/ *Kristen Rhoad*, Defendant Pro Se
PO Box 2743
Carson City, Nevada 89702

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2020 I served electronically (ECF) copy of the above and foregoing document.

DATED this 5th day of April, 2020.

By: */s/ Kristen Rhoad*
Defendant, *Pro Se*

DEFENDANT'S MOTION TO TRANSFER VENUE          3

PO Box 2743
Carson City, NV 89702

LAS VEGAS NV 890
06 APR '20
PM 5 L

US District Court
Middle District of Florida (Tampa)
801 Florida Avenue
Tampa, FL 33602

33602-388030

FOREVER USA
014900405140116